UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
*ex rel.* Max Bennett, et al.,  )
                              )
      Plaintiffs,  )
    v.  )   No. 03:10-cv-0179-_LRH_
                              )
BIOTRONIK, INC. AND  )
WESTERN MEDICAL, INC.,  )   **IN CAMERA**
                              )   **AND UNDER SEAL**
      Defendants.  )
_____)

## ORDER

The Court, having considered the United States' Motion to Transfer Venue, Extend the Intervention Deadline, and Partially Lift the Seal in the above caption matter, and good cause having been shown, it is hereby ORDERED that:

1) this sealed matter is transferred to the United States District Court for the Eastern District of California for assignment;

2) the United States shall have up to and including October 9, 2010 to make a decision whether to intervene in this action;

3) this civil action, the complaint, or any amended complaint filed by relator Max Bennett, may, at the discretion of the United States, be disclosed to: a) any relator and their counsel who have filed, or who subsequently file, a *qui tam* case pursuant to the False Claims Act, 31 U.S.C. §§ 3729-33 pertaining to the marketing or sale of Biotronik cardiac rhythm management devices; b) any court in which such *qui tam* case is filed; and c) any state not named as a plaintiff in such *qui tam* case

which has an interest in investigating the allegations of this case or any other matter involving the marketing or sale of Biotronik cardiac rhythm management devices; and

    4) the complaint and all other filings shall remain under seal upon order of this Court unless the United States requests that the seal be lifted prior to that date.

**IT IS SO ORDERED:**

Dated: May 19, 2010

_____
United States District Judge

- 2 -