CASE NO: 3-10-cv-179-LRH

DATE FILED: 03/31/10   N/S: 890   DISTRICT: 0978   COUNTY: Washoe
DATE CLOSED:   JURIS:   ORG: 1   PD:   DD:   R23: DMND:   MDL:

I. CAUSE: 31:3729 Violation of the False Claims Act

II: UPPER:   ATTORNEY(S):

PLAINTIFF(S):
United States of America, ex rel.
States of California, Connecticut,
Delaware, Florida, Georgia, Illinios,
Indiana, Louisiana, Michigan, Massachusetts,
Montana, New Jersey, New Mexico, New York,
North Carolina, Oklahoma, Rhode Island,
Tennessee, Texas, Virginia, Wisconsin,
The District of Columbia, ex rel.
Max Bennett, ex rel.

L. Timothy Terry NV #2341
P.O. Box 2348
Carson City, NV 89702
775-883-2348

Peter Chatfield
2000 Massachusetts Avenue
Washington, D.C. 20036
202-833-4567
(over)

III: LOWER:   ATTORNEY(S):

DEFENDANT(S):
Biotronik, Inc.,
Western Medical, Inc.

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court
By _____ Deputy Clerk

Attorneys for government:

DANIEL G. BOGDEN
U.S. Attorney
Roger Wenthe
Asst. U.S. Attorney
333 Las Vegas Boulevard, South
Suite 5000
Las Vegas, NV  89101
702-388-6336
fax 388-6787

Tony West
Asst. Attorney General
Joyce R. Branda
Jamie A. Yavelbert
Adam J. Schwartz
U.S. Department of Justice
Civil Division
Washington, D.C.  20044
202-514-6831
fax 514-0820

Attorneys for Plaintiffs
(cont'd)

Claire Sylvia
131 Steuart Street, #501
San Francisco, CA 94105
415-836-9000

DC 111A

## CIVIL DOCKET CONTINUATION SHEET

| Plaintiff(s): USA/Bennett, et al. | Defendant(s): Biotronik, et al. | Docket No.: 3-10-cv-179-LRH  Page  2 |
|---|---|---|

| Date: | NR. | Proceedings |
|---|---|---|
| 03/31/10 | 1 | COMPLAINT with jury demand filed IN CAMERA, under seal obo P. lg |
| 05/12/10 | 2 | VERIFIED PETITION/DESIGNATION LOCAL COUNSEL as to Peter Chatfield and L. Timothy Terry. (moot per LRH) |
| 05/12/10 | 3 | VERIFIED PETITION/DESIGNATION LOCAL COUNSEL as to Claire Sylvia and L. Timothy Terry.  (moot per LRH) |
| 05/18/10 | 4 | EX PARTE MOTION TO TRANSFER VENUE to EXTEND INTERVENTION DEADLINE and PARTIALLY LIFT SEAL obo govt.  lg |
| 05/19/20 | 5 | ORDER granting motion (#4).  lg |
| 05/20/20 | -- | Case transferred to USDC/E.CA.  lg |