EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
MARK GEIGER
Senior Assistant Attorney General
NICHOLAS N. PAUL
Supervising Deputy Attorney General
ERIKA HIRAMATSU, State Bar No. 190883
Deputy Attorney General
 1455 Frazee Road, Suite 315
 San Diego, CA 92108-4304
 Telephone: (619) 688-7906
 Fax: (619) 688-4200
 E-mail: Erika.Hiramatsu@doj.ca.gov

Attorneys for the State of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, **[UNDER SEAL]**, <br><br>             Plaintiffs, <br><br>     v. <br><br> **[UNDER SEAL]**, <br><br>             Defendants. | 2:10-CV-01273-WBS-KJM <br><br> [~~PROPOSED~~] ORDER <br><br><br> **FILED IN CAMERA AND UNDER SEAL** <br> **[31 U.S.C. § 3730(B)(2)]** <br> **[Exempt from ECF]** |

1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  MARK GEIGER
   Senior Assistant Attorney General
3  NICHOLAS N. PAUL
   Supervising Deputy Attorney General
4  ERIKA HIRAMATSU, State Bar No. 190883
   Deputy Attorney General
5   1455 Frazee Road, Suite 315
    San Diego, CA 92108-4304
6   Telephone: (619) 688-7906
    Fax: (619) 688-4200
7   E-mail: Erika.Hiramatsu@doj.ca.gov

8  Attorneys for the State of California

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, *ex rel.*, and THE STATES OF CALIFORNIA, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN, THE DISTRICT OF COLUMBIA, AND DOE STATES 1-26, *ex rel.* MAX BENNETT,<br><br>Plaintiffs,<br><br>v.<br><br>BIOTRONIK, INC., and WESTERN MEDICAL, INC.,<br><br>Defendants. | 2:10-CV-01273-WBS-KJM<br><br>[~~PROPOSED~~] ORDER ON THE PLAINTIFF STATES' *EX PARTE* REQUEST FOR A NUNC PRO TUNC ORDER EXTENDING THE INTERVENTION DEADLINE AND THE SEAL ON THE *QUI TAM* COMPLAINT<br><br>**FILED IN CAMERA AND UNDER SEAL [31 U.S.C. § 3730(B)(2)]**<br>**[Exempt from ECF]** |
|---|---|

The Court, having considered of the State of California's application on behalf of the government co-plaintiffs for an extension of the seal period and of time to decide whether to intervene, and good cause having been shown, it is hereby ORDERED that:

1

1.   The United States and plaintiff states shall have up to and including October 9, 2010, to make a decision whether to intervene in this action; and

2.   This order be made nunc pro tunc to May 19, 2010.

IT IS SO ORDERED.

DATE: July 2, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

HQ2010101215
Proposed order.doc