BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900

ADAM SCHWARTZ
Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Benjamin Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-6831
Fax: (202) 514-0280

Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, NEVADA CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MONTANA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN, THE DISTRICT OF COLUMBIA AND DOE STATES 1-26 ex rel. MAX BENNETT, <br><br>Plaintiffs, <br><br>vs. <br><br>BIOTRONIK, INC. and WESTERN MEDICAL, INC., <br><br>Defendants. | 2:10 - CV - 01273 FCD EFB <br><br>**ORDER ON UNITED STATES'** ***EX PARTE*** **APPLICATION TO PARTIALLY LIFT SEAL** <br><br>FILED UNDER SEAL |

///

///

Upon consideration of the United States' *ex parte* Application for a Partial Lifting of the Seal, and for good cause shown,

IT IS HEREBY ORDERED that at the discretion of the United States, the United States may disclose the allegations raised by Relator and/or provide a copy of the complaint and any amended complaints subsequently filed to: (1) defendant Biotronik, Inc.; (2) defendant Western Medical, Inc.; and (3) the arbitrator presiding over an employment dispute between Relator and Biotronik, Inc.;

IT IS FURTHER ORDERED that the United States shall advise the arbitrator presiding over an employment dispute between Relator and Biotronik, Inc., of the sealed nature of these proceeding and that its existence shall not be further disseminated; and

IT IS FURTHER ORDERED that the Complaint and all other filings shall remain under seal, except insofar as that seal has been partially lifted by this Court.

IT IS SO ORDERED.

DATE: January 12, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE