<span style="color:red">**SEALED**</span>

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | No.  2:10-CV-01273 KJM EFB |
| Plaintiff, | |
| v. | ORDER |
| BIOTRONIK, INC., et al, | |
| Defendants. | FILED UNDER SEAL |

On July 23, 2013, the United States made its eighth ex parte request under the False Claims Act, 31 U.S.C. § 3730(b)(3), to extend the time by six months for the United States and plaintiff states to inform the court whether they will intervene in this *qui tam* lawsuit.  Neither Relator nor defendant Biotronik, Inc. objects to the proposed six month extension of time.

On January 24, 2013, the court granted the United States' seventh ex parte request for an extension of the seal period, but advised that any further request by plaintiffs for an extension should be accompanied by "a more detailed justification than provided to date, which the court will scrutinize carefully."  (ECF 50 (citing *U.S. ex. rel. Costa v. Baker & Taylor, Inc.*, 955 F. Supp. 1188, 1190-91 (N.D. Cal. 1997).)  While the current request's additional justification is scant, the court finds it is sufficient to grant the request given the new information referenced in paragraphs 6 through 8 of the Schwartz declaration.  Any future request will be held more strictly to the detailed justification standard the court previously had articulated.

1         Plaintiffs' request is granted.

2         IT IS SO ORDERED

3 DATED: August 15, 2013.

                                    UNITED STATES DISTRICT JUDGE