CLAIRE M. SYLVIA (State Bar No. 138990)
cms@pcsf.com
PHILLIPS & COHEN LLP
100 The Embarcadero, Suite 300
San Francisco, California 94105
Tel: (415) 836-9000
Fax: (415) 836-9001

PETER CHATFIELD
peter@phillipsandcohen.com
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue
Washington, DC 20036
Tel: (202) 833-4567
Fax: (202) 833-1815

L. TIMOTHY TERRY, admitted *pro hac vice*
tim@theterrylawfirm.com
THE TERRY LAW FIRM LTD.
P.O. Box 2348
Carson City, NV 89702
Tel: (775) 883-2348
Fax: (775) 883-2347

Attorneys for *Qui Tam* Plaintiff/Relator Max Bennett

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA; THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MICHIGAN, MASSACHUSETTS, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN, THE DISTRICT OF COLUMBIA, AND DOE STATES 1-23, *ex rel.* MAX BENNETT,<br><br>Plaintiffs,<br><br>vs.<br><br>BIOTRONIK, INC., WESTERN MEDICAL, INC., CAESAR FONTE, AND PETER ELIA, ROBERT N. BERKELEY, LEON FELDMAN, W. JUDSON FISHER, ARJUN V. GURURAJ, MONTY C. MORALES, WILLIAM H. RESH, ROBERT C. WESLEY, AND NEVADA HEART AND VASCULAR CENTER, LLP,<br><br>Defendants. | 2:10-CV-01273-KJM-EFB<br><br>ORDER |

1 **ORDER**

2 UPON CONSIDERATION of *qui tam* Plaintiff-Relator Max Bennett's "Notice of
3 Voluntary Dismissal" and the files and records in this case, it is hereby ORDERED that:
4 The Complaint and Amended Complaints in this action are dismissed without prejudice.

6 DATED: May 29, 2014.

_____
UNITED STATES DISTRICT JUDGE