**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA; THE STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN, THE DISTRICT OF COLUMBIA, AND DOE STATES 1-23, *ex rel.* MAX BENNETT RELATOR,<br><br>Plaintiffs,<br><br>vs.<br><br>BIOTRONIK, INC., WESTERN MEDICAL, INC., CAESAR FONTE, PETER ELIA, ROBERT N. BERKLEY, LEON FELDMAN, W. JUDSON FISHER, ARJUN V. GURURAJ, MONTY C. MORALES, WILLIAM H. RESH, ROBERT C. WESLEY, AND NEVADA HEART AND VASCULAR CENTER, LLP,<br><br>Defendants. | CASE NO. 2:10-CV-01273 KJM EFB<br><br>Assigned to Kimberly J. Mueller<br><br>**ORDER TEMPORARILY RESEALING THIS ACTION AND SETTING A BRIEFING SCHEDULE** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Having considered Biotronik's Emergency Ex Parte Request to be Heard and for Temporary Resealing of this Action and [Proposed] Order for Stipulated Briefing Schedule, and good cause appearing therefore,

1

IT IS HEREBY ORDERED as follows:

1. All documents and docket entries in this Action shall immediately be sealed to allow the parties an opportunity to submit pleadings on whether that seal should be lifted.

2. The Complaint shall remain under seal until the Court has ruled on the motions by the Defendants.

3. Defendants shall file under seal any appropriate motion papers within seven days after the Court's approval of this Stipulation; and

4. The United States shall file any opposition within seven days after filing of the moving papers.

5. Any motions and oppositions shall be heard at a hearing in this matter on July 11, 2014, at 10:00 a.m. in Courtroom 3, 15th Floor.

IT IS SO ORDERED.

DATED: June 6, 2014.

_____
UNITED STATES DISTRICT JUDGE